1. VINCENT ROSENBAUM
2. 2100 NAPA VALLEJO HIGHWAY Unit 5/6
3. NAPA, CALIFORNIA 94558
4.     UNITED STATES DISTRICT COURT
5.   NORTHERN DISTRICT OF CALIFORNIA
6. UNITED STATES OF AMERICA
7.     V                          CRIMINAL COMPLAINT
8. THE PEOPLE OF THE STATE OF CALIFORNIA   CASE NUMBER:
9. EDMUND G. BROWN
10. ATTORNEY GENERAL OF THE STATE OF CALIFORNIA / STATE OF CALIFORNIA
11. 455 GOLDEN GATE AVENUE SUITE 11000
12. SAN FRANCISCO, CA 94102
13.   I, THE UNDERSIGNED COMPLAINANT STATE THAT THE
14. FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY
15. KNOWLEDGE. ON OR ABOUT OCTOBER 19, 2006 IN
16. MENDOCINO COUNTY, IN THE NORTHERN DISTRICT
17. OF CALIFORNIA DEFENDANT(S) DID KIDNAP
18. ME AND ILLEGALLY IMPRISON ME IN VIOLATION
19. OF THE 14th AMENDMENT OF THE UNITED
20. STATES CONSTITUTION AND PROBABLY SECTION 18
21. UNITED STATES CODE 242. I FURTHER STATE
22. I AM A PROFESSIONAL GOLFER AND THIS COMPLAINT
23. IS BASED UPON MISCONDUCT. (1) I ASK FOR
24. A SUMMARY JUDGMENT OF $10 MILLION
25. DOLLARS FOR ALL THE DAMAGES!
26. EXECUTED ON JANUARY 26, 2008 AT NAPA, CALIFORNIA
27.               VINCENT ROSENBAUM
28.               *Vincent Rosenbaum*
                  1/26/08

FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 0751 SI (PR)

PROOF OF MAIL DELIVERY          1/26/08

I am Vincent Rosenbalm and I declare I am a United States citizen and over 18 years of age.

On January 27, 2008 I served the within

1. 2 PAGES DECLARATION + 3 Attachments
2. 3 CRIMINAL complaints 2 Chambers

By placing a packet in the Napa Hospital Mail ADDRESSED

TO:  COURT CLERK: RICHARD WIEKING
     U.S. DISTRICT COURT
     450 GOLDEN GATE AVE
     SAN FRANCISCO, CA 94102

From  VINCENT ROSENBAUM
      2100 NAPA VALLEJO HWY unit 5/6
      NAPA, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm
1/26/08

VINCENT ROSENBALM
2100 NAPA VALLEY HWY Unit 516
NAPA, CA 94558

RECEIVED
JAN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COURT CLE[RK]
U.S. DIS[TRICT]
450 GOL[DEN GATE]
SAN F[RANCISCO]