CHAMBERS

1. VINCENT ROSENBALM                                    2/1/08
2. 2100 NAPA VALLEJO HIGHWAY UNIT 5/6
3. NAPA, CALIFORNIA 94558
4.         UNITED STATES DISTRICT COURT
5. NORTHERN DISTRICT OF CALIFORNIA
6. UNITED STATES OF AMERICA
7.           V
8. THE PEOPLE OF THE STATE OF CALIFORNIA
9. EDMUND G. BROWN                          CRIMINAL COMPLAINT
10. Attorney General of the State of California   CASE NUMBER:
11. STATE OF CALIFORNIA                    ~~C07-4197 SI PR~~
12. 455 GOLDEN GATE AVENUE SUITE 11000)   08-751 SI (PR)
13. SAN FRANCISCO, CALIFORNIA 94102
14. I, THE UNDERSIGNED COMPLAINANT STATE THAT THE
15. FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY
16. KNOWLEDGE. ON OR ABOUT OCTOBER 19, 2006 IN
17. MENDOCINO COUNTY, IN THE NORTHERN DISTRICT
18. OF CALIFORNIA DEFENDANT(S) DID KIDNAP ME
19. AND ILLEGALLY IMPRISON ME IN VIOLATION OF
20. THE 14th AMENDMENT OF THE UNITED STATES
21. CONSTITUTION AND POSSIBLY SECTION 18 UNITED
22. STATES CODE 242. I FURTHER STATE I AM
23. A PROFESSIONAL GOLFER AND THIS COMPLAINT
24. IS BASED ON MISCONDUCT. I ASK THE COURT
25. FOR A SUMMARY JUDGMENT OF $10 MILLION
26. DOLLARS FOR ALL THE DAMAGES
27.                                    VINCENT ROSENBALM
28.                                    Vincent Rosenbalm
                                       2/1/08

FILED
FEB -5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHAMBERS

1 Vincent Rosenbalm                                    2/1/08
2 2100 Napa Vallejo Highway unit 5/6
3 Napa, California 94558
4         United States District Court
5 Northern District of California
6 United States of America      )
7      v                        )
8 The People of the State of California )
9 Edmund G. Brown               ) Criminal Complaint
10 Attorney General of the State of California ) Case Number:
11 State of California           )
12 455 Golden Gate Avenue Suite 11000 )
13 San Francisco, California 94102 )
14   I, the undersigned complainant state that the
15 following is true and correct to the best of my
16 knowledge. On or about October 19, 2006 in ———
17 Mendocino County, in the Northern District
18 of California defendant(s) did kidnap me
19 and illegally imprison me in violation of
20 Title 14th Amendment of the United States
21 Constitution and possibly Section 18 United
22 States Code 242. I further state I am
23 a professional golfer and this complaint
24 is based on misconduct. I ask the court
25 for a summary judgment of $10 million
26 dollars for all the damages
27                    Vincent Rosenbalm
28                    Vincent Rosenbalm
                     2/1/08

CHAMBERS

1. VINCENT ROSENBALM                    2/1/08
2. 2100 NAPA VALLEJO HIGHWAY unit 5/6
3. NAPA, CALIFORNIA 94558
4.         UNITED STATES DISTRICT COURT
5.     NORTHERN DISTRICT OF CALIFORNIA
6. UNITED STATES OF AMERICA
7.         V
8. THE PEOPLE OF THE STATE OF CALIFORNIA
9. EDMUND G. BROWN                CRIMINAL COMPLAINT
10. Attorney General of the State of California   CASE NUMBER:
11. STATE OF CALIFORNIA
12. 455 GOLDEN GATE AVENUE SUITE 11000
13. SAN FRANCISCO, CALIFORNIA 94102
14. I, THE UNDERSIGNED COMPLAINANT STATE THAT THE
15. FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY
16. KNOWLEDGE. ON OR ABOUT OCTOBER 19, 2006 IN
17. MENDOCINO COUNTY, IN THE NORTHERN DISTRICT
18. OF CALIFORNIA DEFENDANT(S) DID KIDNAP ME
19. AND ILLEGALLY IMPRISON ME IN VIOLATION OF
20. THE 14th AMENDMENT OF THE UNITED STATES
21. CONSTITUTION AND POSSIBLY SECTION 18 UNITED
22. STATES CODE 242. I FURTHER STATE I AM
23. A PROFESSIONAL GOLFER AND THIS COMPLAINT
24. IS BASED ON MISCONDUCT. I ASK THE COURT
25. FOR A SUMMARY JUDGMENT OF $10 MILLION
26. DOLLARS FOR ALL THE DAMAGES
27.                         VINCENT ROSENBALM
28.                         Vincent Rosenbalm
                            2/1/08

1. VINCENT ROSENBALM                             2/1/08
2. 210 NAPA VALLEJO HIGHWAY UNIT 5/6
3. NAPA, CALIFORNIA 94558
4. UNITED STATES DISTRICT COURT
5. NORTHERN DISTRICT OF CALIFORNIA
6. UNITED STATES OF AMERICA
7. V
8. PEOPLE OF THE STATE OF CALIFORNIA
9. EDMUND G. BROWN                    CRIMINAL COMPLAINT
10. ATTORNEY GENERAL OF THE STATE OF CALIFORNIA  CASE NUMBER:
11. STATE OF CALIFORNIA
12. 455 GOLDEN GATE AVENUE SUITE 11000
13. SAN FRANCISCO, CALIFORNIA 94102
14. I, THE UNDERSIGNED COMPLAINANT STATE THAT THE
15. FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY
16. KNOWLEDGE. ON OR ABOUT OCTOBER 19, 2006 IN
17. MENDOCINO COUNTY, IN THE NORTHERN DISTRICT
18. OF CALIFORNIA DEFENDANT(S) DID KIDNAP ME
19. AND FALSELY IMPRISON ME IN VIOLATION OF
20. THE 14TH AMENDMENT OF THE UNITED STATES
21. CONSTITUTION AND POSSIBLY SECTION 18 UNITED
22. STATES CODE 242. I FURTHER STATE I AM
23. A PROFESSIONAL GOLFER AND THIS COMPLAINT
24. IS BASED ON MISCONDUCT. I ASK THE COURT
25. FOR A SUMMARY JUDGMENT OF $10 MILLION
26. TO ADDRESS ALL THE DAMAGES.
                                    VINCENT ROSENBALM
                                    Vincent Rosenbalm
                                    2/1/08

PROOF OF MAIL DELIVERY    2/2/08

I am Vincent Rosenbalm and a American Citizen over 18 years of age.

ON JANUARY 3, 2008 I served the within

1) CRIMINAL COMPLAINT @ 4 COPYS

By placing a sealed envelope in the Napa State Hospital mail
ADDRESSED  COURT CLERK: RICHARD WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

FROM
VINCENT ROSENBALM
2100 NAPA VALLEJO HWY unit 5/6
NAPA, CA 94558

Under the penalty of perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm
2/2/08

VINCENT ROSENBALM
2100 NAPA VALLEJO HWY unit 5/6
NAPA, CA 94558

LEGAL MAIL
COURT CLERK: RICHARD WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

$00.41 FEB 04 2008
MAILED FROM ZIPCODE 94558
0004219468