FILED
MAR -5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SI
(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
Plaintiff,

vs.

THE PEOPLE OF THE State of
CALIFORNIA
EDMUND G. BROWN Defendant.

CV 08    0751
CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, VINCENT ROSENBAUM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief. I ALSO STATE THE FINANCIALS ARE ESTIMATES

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Approximately Oct 2006 HOME CARE OPTIONS_
5  _$3000 MONTH FULLtime 1500° MONTH PARt time_
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.  Business, Profession or            Yes ✓  No ___
10       self employment
11   b.  Income from stocks, bonds,         Yes ___ No ✓
12       or royalties?
13   c.  Rent payments?                     Yes ___ No ✓
14   d.  Pensions, annuities, or            Yes ___ No ✓
15       life insurance payments?
16   e.  Federal or State welfare payments, Yes ✓  No ___
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _yes - Hospital welfare 12.50 month_
22  _yes - AUTHOR HOUSE PUB  8.25 BOOK_
23  3.  Are you married?                    Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   __JDR (16)_____
6   _____
7   5.   Do you own or are you buying a home?      Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?  (2)   Yes ✓ No ___
10  Make _SUBARU_ Year _92, 93_ Model _LEGACY_
11  Is it financed? Yes ___ No ✓ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ✓ No ___ Amount: $ $1.00
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ✓ No ___
20  _PERSONAL PROPERTY ESTIMATED $ 10-15,000_
21  8.   What are your monthly expenses?
22  Rent: $____0____ Utilities: ____0____
23  Food: $____0____ Clothing: ____0____
24  Charge Accounts:
25  Name of Account         Monthly Payment        Total Owed on This Acct.
26  ____0____           $____0____             $____0____
27  ____0____           $____0____             $____0____
28  ____0____           $____0____             $____0____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _STUDENT LOANS Approximately $5-10,000_
4  _CREDIT CARD DEBT Approximately $5-10,000_
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____NOT SURE?_____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  __2/24/08__                    __Vincent Rosenbalm__
17      DATE                          SIGNATURE OF APPLICANT

18  *THE FINANCIALS ARE APPROXIMATE*
19  *estimates.*

1
2                                                    Case Number: __C08 0751 si pr__
3                                                                 )
4
5
6
7
8                            **CERTIFICATE OF FUNDS**
9                                       **IN**
10                           **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of __Vincent Rosenbalm__ for the last six months
                                    [prisoner name]
14 __Napa State Hospital__ where (s)he is confined.
     [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ __19.30__ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ __0.00__.
18
19 Dated: __2/27/08__                          __Laura Harris__
                                               [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

2/27/2008 4:13:26PM

**NAPA STATE HOSPITAL**
**TRUST ACCOUNT / CASHIERS' SYSTEM II**
Patient Ledger Report

Page 1 of 1

2069375   ROSENBALM, VINCENT

|    | TransDate  | Doc No.   | Item                                          | Comment                   | Withdrawl | Deposit | Balance |
|----|------------|-----------|-----------------------------------------------|---------------------------|-----------|---------|---------|
| 1  | 08/27/2007 | 13-153936 | Cash Disbursement                             | cl v158                   | $12.50    |         | $5.00   |
| 2  | 09/24/2007 | 18-075238 | AB1013 Funds                                  | $12.50 Receipts           |           | $12.50  | $17.50  |
| 3  | 09/24/2007 | 13-154124 | Cash Disbursement                             | cl v234                   | $12.50    |         | $5.00   |
| 4  | 10/22/2007 | 13-154338 | Cash Disbursement                             | cashlist v-314            | $5.00     |         | $0.00   |
| 5  | 10/24/2007 | 18-075321 | AB1013 Funds                                  | $12.50 Receipts           |           | $12.50  | $12.50  |
| 6  | 10/29/2007 | 13-154384 | Cash Disbursement                             | cl v337                   | $12.50    |         | $0.00   |
| 7  | 11/23/2007 | 18-75407  | AB1013 Funds                                  | $12.50 Receipts           |           | $12.50  | $12.50  |
| 8  | 11/26/2007 | 13-154581 | Cash Disbursement                             | Cashlist V-400            | $12.50    |         | $0.00   |
| 9  | 12/03/2007 | 16-75436  | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200       | BLOOMINGTON IN 47403      |           | $3.25   | $3.25   |
| 10 | 12/11/2007 | 16-75478  | CCK-UNKNOWN SENDER                            | CCK-UNKNOWN SENDER        |           | $50.00  | $53.25  |
| 11 | 12/17/2007 | 13-154774 | Cash Disbursement                             | cl v463                   | $33.25    |         | $20.00  |
| 12 | 12/24/2007 | 13-154828 | Cash Disbursement                             | cl v485                   | $10.00    |         | $10.00  |
| 13 | 01/04/2008 | 13-154914 | Misc Disbursement                             | NSH-COPY CARD V518        | $10.00    |         | $0.00   |
| 14 | 01/22/2008 | 18-075585 | AB1013 Funds                                  | $12.50 Receipts           |           | $12.50  | $12.50  |
| 15 | 01/28/2008 | 13-155104 | Cash Disbursement                             | cl v580                   | $12.50    |         | $0.00   |
| 16 | 02/21/2008 | 18-075665 | AB1013 Funds                                  | $12.50 Receipts           |           | $12.50  | $12.50  |
| 17 | 02/25/2008 | 13-155262 | Cash Disbursement                             | cl v649                   | $12.50    |         | $0.00   |

**TOTAL WITHDRAWLS / DEPOSITS:**                                             $133.25   $115.75





VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY Unit 516
NAPA, CA 94558

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680